**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALYSSA MURGA, Individually and
on Behalf of All Others Similarly
Situated,

    Plaintiff,

v.                                                           Case No. 3:21-cv-1074-TJC-JBT

FAMILY ENTERTAINMENT LLC,
a Florida Limited Liability
Company, KLODIAN FERRA,
Individually, and DANIEL
JIGGETTS, Individually,

    Defendants.

## O R D E R

On November 22, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation recommending—upon the anticipated filing of dismissal papers—entry of an order approving the parties' settlement as a fair and reasonable resolution of disputed issues, dismissing the case, and directing the clerk to close the file. Doc. 63. The parties have filed a Joint Motion for Dismissal and ask the Court to adopt the Report and Recommendation. Doc. 65. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 63, is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Dismissal, Doc. 65, is **GRANTED**.

3. The settlement is **APPROVED** as a fair and reasonable resolution of the disputed issues.

4. The case is **DISMISSED with prejudice**.

5. The clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 10th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record